UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

       - v. -                          :          INDICTMENT

DAMON WADE,                        :          08 Cr.

           Defendant.          :

- - - - - - - - - - - - - - - x

**08 CRIM 120**

### COUNT ONE

The Grand Jury charges:

On or about January 19, 2005, in the Southern District of New York, DAMON WADE, the defendant, unlawfully, willfully, and knowingly did escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, and from custody under and by virtue of process issued under the laws of the United States by a court and judge, and such custody and confinement was by virtue of a conviction of an offense, to wit, WADE was confined at the Bronx Community Corrections Center pursuant to a judgment of conviction entered by the Honorable Harold Baer, Jr., United States District Judge for the Southern District of New York, on or about May 24, 2004, for violations of the terms of WADE's supervised release, and WADE escaped from such custody and confinement.

(Title 18, United States Code, Sections 751 and 4082(a).)

_Rita Sloan_
FOREPERSON

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v -**

**DAMON WADE,**

**Defendant.**

## INDICTMENT

08 Cr.

(18 U.S.C. §§ 751 and 4082(a).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Peter Slear*
Foreperson.